UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 07 B 05827
  ADORNAL THORNTON
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-2190
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/02/07.

2. The case was dismissed without confirmation, 08/31/2007.

3. The Debtor paid a total of $ 2100.00.

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| KAREN MALONE | CHILD SUPPORT | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, DAVID M SIEGEL, was allowed $ 3000.00 and was paid $ 376.00 direct and $ 1826.25 through the plan.

The Trustee received $ 48.75.

Refunds to the Debtor totaled $ 225.00.

Wherefore, the Trustee requests an order be entered discharging

```
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/16/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
          CASE NO. 07 B 05827 ADORNAL THORNTON
```